Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | No. 1:17-cv-00379-DAD-BAM |
| Plaintiff, | **STIPULATION FOR FURTHER CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| SMART & FINAL STORES LLC dba SMART & FINAL #384, et al., | New Date: August 3, 2017<br>Time: 9:30 a.m.<br>Courtroom: 8 (BAM) |
| Defendants. | |

Plaintiff Jose Trujillo ("Plaintiff") and Defendant Smart & Final Stores LLC ("Smart & Final"), the parties who have appeared in this action, by and through their counsel, hereby stipulate as follows:

1. A Mandatory Scheduling Conference is currently set for June 14, 2017 at 9:00 a.m., and a Joint Scheduling Report is due on June 7, 2017 (Dkt. 3).

2. Plaintiff served defendant RHC Associates, a New York General Partnership ("RHC"), with the summons and complaint on May 23, 2017, as set forth on the proof of service of summons filed with the Court (Dkt. 8).

3. Accordingly, RHC's responsive pleading is not due until June 13, 2017, which falls after the due date for the joint scheduling report.

4. The parties have not yet had the opportunity to meet and confer with counsel for RHC, and cannot prepare the joint scheduling report without RHC's input.

NOW, THEREFORE, Plaintiff and Smart & Final, by and through their respective counsel, stipulate to a further continuance of the Mandatory Scheduling Conference currently set for June 14, 2017 to July 26, 2017 at 9:00 a.m., to allow time for RHC to make an appearance and for the parties to prepare the joint scheduling report.

Dated: June 2, 2017                    MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Trujillo

Dated: June 2, 2017                    LAW OFFICE OF DAVID G. FREEDMAN

*/s/ David G. Freedman*
David G. Freedman
Attorney for Defendant,
Smart & Final Stores LLC

## **ORDER**

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for June 14, 2017 is continued to **Thursday, August 3, 2017 at 9:30 a.m.**, in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **June 6, 2017**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE